**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIDAL ANTONIO AGUILAR-ROQUE, | No. 20-71454 |
| Petitioner, | Agency No. A216-440-019 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 18, 2021**

Before:     CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

Vidal Antonio Aguilar-Roque, a native and citizen of El Salvador, petitions

pro se for review of the Board of Immigration Appeals' order affirming without

opinion an immigration judge's decision denying his application for asylum,

withholding of removal, and relief under the Convention Against Torture ("CAT").

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Our jurisdiction is governed by 8 U.S.C. § 1252.  We deny in part and dismiss in part the petition for review.

Even construed liberally, Aguilar-Roque's pro se opening brief does not raise any challenge to the denial of his asylum and withholding of removal claims based on an adverse credibility determination.  *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are waived).  Aguilar-Roque also does not raise any challenge to the agency's denial of relief under the CAT.  *See id.*

We lack jurisdiction to consider Aguilar-Roque's unexhausted contention that he received ineffective assistance of counsel.  *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004) (court lacks jurisdiction to review claims not presented to the agency).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**